UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY KNOWN AS APN:4181-034-009, et al.,<br><br>Defendants. | No. 2:18-cv-2328 WBS KJN<br><br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY R. DAVID,<br><br>Defendant. | No. 2:18-cr-253 WBS |

----oo0oo----

A status conference is hereby set in these two cases for Monday, February 4, 2019 at 9:00 a.m. in Courtroom 5. Defendant is not required to personally appear. At the conference, counsel shall be prepared to discuss how the forfeiture of money and property in these cases affects restitution to the victims.

IT IS SO ORDERED.

Dated: January 30, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE