| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |  | **PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>PROPOSED ORDER** |
|---|---|---|

UNITED STATES OF AMERICA

                Plaintiff(s),       Case No. 2:18-cr-00253-WBS-

v.

    JEFFREY R. DAVID

             Defendant(s).

I, Ashley M. Litwin, attorney for Jeffrey R. David, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Seitles & Litwin, P.A. |
| Address: | 40 NW 3rd Street PH-1 |
| City: | Miami |
| State: | FL    ZIP Code: 33128 |
| Voice Phone: | (305) 403-8070 |
| FAX Phone: | (305) 403-8210 |
| Internet E-mail: | alitwin@seitleslaw.com |
| Additional E-mail: | mseitles@seitleslaw.com,<br>clopez@seitleslaw.com |
| I reside in City: | Miami    State: FL |

I was admitted to practice in the <u>Southern District of Florida</u> (court) on <u>August 21, 2012</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) _____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: <u>Mark Reichel</u>

Firm Name: Mark Reichel, Attorney At Law

Address: 455 Capitol Mall 8th Floor

City: Sacramento, CA

State: _____ ZIP Code: _____95814

Voice Phone: <u>(916) 498 9258</u>

FAX Phone: <u>(888) 567-2949</u>

E-mail: mark@reichellaw.com

Dated: June 13, 2019                     Petitioner: /s/ *Ashley Litwin*

**ORDER**

IT IS SO ORDERED.

Dated: June 14, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE