John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
balazslaw@gmail.com
Sacramento, CA 95814

Attorney for Defendant
JEFFREY DAVID

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Jeffrey David,<br><br>　　　　　Defendant. | No. 2:18-CR-0253-WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE**<br><br>Hon. William B. Shubb |

　　　Defendant Jeffrey David, by and through his counsel John Balazs, and the United States, through by and through its counsel, Assistant U.S. Attorney Michael D. Anderson, hereby stipulate and request that the Court modify the conditions of defendant's supervised release to add the following condition: The defendant may travel internationally for work with the prior approval of the probation officer.

　　　On June 19, 2019, the Court sentenced Mr. David to 84 months imprisonment and 36 months supervised release after his guilty plea to wire fraud and aggravated identity theft. He completed his sentence of imprisonment and was placed on supervised release on or about August 7, 2023. He has paid his restitution and special assessments in full.

　　　Mr. David resides in Columbus, Ohio and is being supervised by the U.S. Probation

1

Department for the Southern District of Ohio. Mr. David has obtained employment with a Netherlands-based company. Although his primary responsibilities involved work within the United States, he has been asked to attend several company events that take place internationally as part of his job. He requests that his supervised release be modified to permit his travel internationally for work with the prior approval of his probation officer.

U.S. Probation Officer Melinda Vincent has no objection to this request and has approved prior travel requests within the United States.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: May 9, 2024

/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
JEFFREY R. DAVID

PHILLIP TALBERT
United States Attorney

Dated: May 9, 2024

By:  /s/ MICHAEL D. ANDERSON
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that defendant Jeffrey R. David's supervised release be modified to permit him to travel internationally for work with the prior approval of his U.S. probation officer.

Dated: May 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE